July 12, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

TROY COX, Appellant

NO. 14-15-00600-CV            V.

AIR LIQUIDE AMERICA, LP, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Air Liquide America, LP, signed February 19, 2015, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Air Liquide America, LP.

We further order this decision certified below for observance.